FILED
FEB 02 2023
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RAYMOND ORTIZ

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

TRINA Shuptar

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of** ~~Civil Rights~~
(Non-Prisoner Complaint)

Case No. **CV 23 824**
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

SEYBERT, J.

LINDSAY, M.J.

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Raymond Ortiz
Street Address: 77 Church Ave
City and County: Islip NY
State and Zip Code: 11751
Telephone Number: 631-413-2300
E-mail Address: BKKYN53015@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Trina Shuptar
Job or Title (if known): Family Therapist
Street Address: 300 Federal Road Suite 207
City and County: Brookfield
State and Zip Code: CT 06804
Telephone Number: 203-470-3202
E-mail Address (if known): TLSHUPTAR@gmail.com

Defendant No. 2

    Name     _____

    Job or Title (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address (if known)     _____

Defendant No. 3

    Name     _____

    Job or Title (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address (if known)     _____

Defendant No. 4

    Name     _____

    Job or Title (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address (if known)     _____

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Breach of Confidentiality_
_42 CFR_

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _Raymond Ortiz_ is a citizen of the State of *(name)* _New York_.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _Iruwa Shupime_ is a citizen of the State of *(name)* _Connecticut_. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) _Truma Shypton_ is incorporated under the laws of the State of (name) _Connecticut_, and has its principal place of business in the State of (name) _Connecticut_. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _Connecticut_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_10 Million dollars in Relief_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_The defendant illegal released confidential information to the Bridgeport Juvenile Court without my consent_

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Defendant works in Connecticut and released private information to Bridgeport Juvenile Court, CT

B. What date and approximate time did the events giving rise to your claim(s) occur?

Sept 7-8, 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendant was assigned to facilitate family therapy but never conducted any sessions with the family. The defendant excluded the father from therapy but still releases damaging and inaccurate information to the Juvenile Court without a signed consent for the release of information to another party.

3

6

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requesting Relief for pain and suffering, mental discord, legal obstacles in my Reunification then for my 7 year old daughter who is in foster care in CT.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/2, 20 23

Signature of Plaintiff
Printed Name of Plaintiff